## JOHN HICKMAN v. RICHARD HICKMAN.

Court of Chancery. Sussex. March 12, 1821.

*Ridgely's Notebook III, 266.*

## JOHN WILKINS v. ELISHA EVANS.

Court of Chancery. Sussex. March 13, 1821.

*Ridgely's Notebook III, 269.*

**GEORGE MATSON,** Administrator of Betty Matson, late Betty Walters, who was a Legatee in the last Will and Testament of William Walters, v. WILLIAM WALTERS and JOHN PALMER, Executors of the last Will and Testament of said William Walters.

Court of Chancery. New Castle. April 10, 1821.

*Ridgely's Notebook III, 291.*

## ANN JETTON v. EDWARD WILSON'S ADMINISTRATOR.

Court of Chancery. New Castle. April 17, 1821.

*Ridgely's Notebook III, 301.*